UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN FCI LOMPOC, et al.,<br><br>　　　　Defendant. | NO. CV 14-1041-SJO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS ORDERED that Judgment be entered dismissing complaint without prejudice for failure to prosecute.

DATED: March 20, 2015.

*S. James Otero*
_____
S. JAMES OTERO
United States District Judge