UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN FCI LOMPOC, et al.,<br><br>    Defendant. | NO. CV 14-1041-SJO (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: March 20, 2015.

_____
S. JAMES OTERO
United States District Judge